```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/05/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF NEW YORK MELLON CORPORATION,

        Plaintiff,

v.

TIMOTHY KEANEY,

        Defendant.

No. 21-CV-8144 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 8, 2021, the Court scheduled an initial conference in this case for Friday, January 14, 2022, at 3:45 p.m. Dkt. 7. Due to a scheduling conflict, that conference is hereby rescheduled for January 19, 2022 at 12:00 p.m. The parties' joint status letter and case management plan shall be filed on or before January 12, 2022.

The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    January 5, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge